| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
September 06, 2016
David J. Bradley, Clerk

TERRY JOE SOLLEY, §
    *Petitioner,* §
§
*versus* § CIVIL ACTION 4:15-CV-02608
§
LORIE DAVIS, §
Director of the Texas Department of Criminal §
Justice - Correctional Institutions Division, §
    *Respondent.* §

## Order of Adoption

On August 11, 2016, Magistrate Judge Stephen Wm. Smith issued an amended memorandum and recommendation (Dkt. 29) to which the petitioner objected (Dkt. 30). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed _Sept. 6_, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge